Northern District Of Ohio
U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 10−44459−kw**

**In re:**
John Alan Smiley
636 West Heights Ave.
Youngstown, OH 44509

**Social Security No.:**
xxx−xx−3392

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Michael D Buzulencia is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.


**Dated:** April 13, 2011　　　　　　　　　　/s/ Kay Woods
Form ohnb136　　　　　　　　　　　　　　United States Bankruptcy Judge